# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SHARON BREWER**                                                                **PLAINTIFF**

**v.**                      **CASE NO. 4:18-CV-00745 BSM**

**BLUESTEM BRANDS, INC.**                                 **DEFENDANT**

## **JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice, and the parties will bear their own costs.

IT IS SO ORDERED this 7th day of January 2019.

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE